WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-73757 / xxxxxx3798

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | 10-27381-lbr |
|---|---|
| Kendrick A. Eckhardt and Jennifer L. Eckhardt | Chapter 13 |
| Debtors. | |

### WITHDRAWAL OF PROOF OF CLAIM

Notice is hereby given that the Proof of Claim of Secured Creditor Wells Fargo Bank, N.A. filed on the 28th day of September, 2010 is hereby withdrawn.

DATED this ___ day of _____, 2010.         WILDE & ASSOCIATES

By _____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-73757 / xxxxxxx3798

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | 10-27381-lbr |
|---|---|
| Kendrick A. Eckhardt and Jennifer L. Eckhardt | Chapter 13 |
| Debtors. | |

### CERTIFICATE OF MAILING OF WITHDRAWAL OF PROOF OF CLAIM

1. On  12/13/10  I served the following documents(s):

   WITHDRAWAL OF PROOF OF CLAIM

2. I served the above-named document(s) by the following means to the persons as listed below:

   X   a. ECF System

       David Krieger
       1020 Garces Ave.
       Las Vegas, NV 89101
       Attorney for Debtors

Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV 89101
Trustee

X **b. United States mail, postage fully prepaid:**

Kendrick A. Eckhardt and Jennifer L. Eckhardt
6224 Burrell
Las Vegas, NV 89148
Debtors

Wells Fargo Bank, N.A. as servicer for
One Home Campus
MAC ID#X2302-04C
Des Moines, IA 50328
Movant

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐ 1. For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

N/A

☐ 2. For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : 12/13/2010

_____
Attorney for Secured Creditor